IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         CR. 79-0-73
                               )         CR. 81-0-51
        v.                     )         CR. 81-0-52
                               )
JOHN EDWARD CHRISTENSEN,       )
                               )
              Defendant.       )         ORDER

F I L E D
DISTRICT OF NEBRASKA
AT_____M

MAR 2 9 1982

William L. Olson, Clerk
By_____Deputy

This matter coming on for hearing and disposition with respect
to defendant's motion for reduction of sentence in each of the above-captioned
matters, pursuant to Rule 35, Federal Rules of Criminal Procedure, and the
Court having carefully reviewed all the files, together with the briefs
and other documentation filed in support of said motion by the defendant,
and having reviewed, in camera, the Jencks material filed by the government
with reference to said motion for reduction of sentence, and having heard
extensive presentation and argument by counsel for both sides, and being
fully advised in the premises,

It is the finding of the Court that defendant is entitled to
some reduction of sentence in the above matters, and accordingly,

IT IS HEREBY ORDERED that the sentence in CR. 79-0-73, as to
Count II, be and the same is hereby reduced from ten (10) years to seven
(7) years; otherwise all sentences shall remain as previously imposed.

IT IS FURTHER ORDERED that the response of the plaintiff to the
motion for reduction of sentence (Filing Nos. 23, 10 and 10, respectively)
be resealed forthwith and opened only upon the order of the Court.

BY THE COURT:

_albert G. _____

JUDGE, UNITED STATES DISTRICT COURT